IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

JUL 2 8 2006

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

KJ, by and through her Next )
Friend and Guardian and Mother, )
AMY SCHRIER, )
)
    Plaintiff, )
)
                               ) Cause No.: 4:05CV00354ERW
v. )
)
TARGET CORPORATION, )
)
    Defendant. )

## ORDER APPROVING MINOR SETTLEMENT

This cause comes before this Court for a hearing on a request for approval of minor's settlement. Next Friend and natural mother of minor Kaia Johnson, Amy Schrier, appears in person by attorney. Defendants appear by counsel. Trial by jury is waived by Plaintiff in open court and all issues raised in this case are submitted before this Court for determination.

This Court makes the following findings:

1. Kaia Johnson is a minor, born on December 13, 1998. Her natural mother and next friend is Amy Schrier, and she has been duly appointed to act as Next Friend of minor Kaia Johnson. Both plaintiffs reside in St. Louis County.

2. On or about September 20, 2004, minor Kaia Johnson sustained bodily injury while on the premises of the Target store on Hampton Avenue in the City of St. Louis.

3. The parties have entered into a proposed settlement agreement which provides that the net sum of $9,800 should be paid to Amy Schrier, as next friend of Kaia Johnson, a minor, for Kaia Johnson's sole use and benefit.

4. The Court finds the proposed settlement to be reasonable and in the best interests of minor, and should be approved.

5. The Court hereby authorizes and orders the Next Friend to do the following:

   (a) To execute full and final releases of all claims in favor of each defendant;
   (b) To acknowledge satisfaction of this settlement;
   (c) To dismiss this action with prejudice;
   (d) To pay the sum of $9,800 to Amy Schrier, as parent and natural guardian of Kaia Johnson, a minor, for the sole use and benefit of the minor; and to obtain a receipt for that payment and file it with the Court.
   (e) $9,800.00 to be placed in restrictive bank account.

7. Receipt is hereby filed and accepted as authentic by the court. Next friend is hereby discharged.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the settlement of the minor's claim is approved as per the conditions set forth above in this Order.

SO ORDERED:

_E. [signature]_
Judge

Dated: July 28, 2005

98446